Judy Perez

631 Edgecombe Ave Apt 3F

New York NY 10032



CLERK
U.S. BANKRUPTCY
EASTERN DISTRICT OF
NEW YORK

2024 DEC 18 A 9: 36

Public Record - US DIST CT - 04/27/20161641828

**Subject:** Request for Confirmation of Reporting Practices for Bankruptcy Records

Dear **Clerk of the Court or Appropriate Court Representative,**

I am writing to request clarification regarding the reporting of bankruptcy records from your court to the major credit reporting agencies (Experian, Equifax, and TransUnion).
Specifically, I am seeking written confirmation as to whether [Name of Court, e.g., the U.S. Bankruptcy Court for the District of South Carolina] reports bankruptcy filings or public record information directly to the credit reporting agencies.
As part of my efforts to ensure the accuracy of my personal credit file, I would greatly appreciate it if you could provide a brief written response confirming whether or not the court directly transmits such information to these agencies.

**Public Record - US DIST CT - 04/27/20161641828 - The court has provided me with an affidavit stating that they do not verify or validate any public records through your organization. I request that you immediately delete this unverified account. - Delete this item immediately. It is a public record that cannot be verified and is incorrect.**

If any additional forms, fees, or documentation are required to process this request, please let me know. I am happy to provide further information as needed.
Thank you for your time and assistance. I look forward to your response. Sincerely,

Judy Perez